# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132100

TROY TOD TROSTLE, #234647
      Plaintiff-Appellant,

v

CRAIG R. AVERY,
      Defendant-Appellee.

SC: 132100
CoA: 272141

_____

      On order of the Chief Justice, the motion for reconsideration of the order of September 9, 2006 is considered and it is DENIED because it does not appear the order was entered erroneously. Plaintiff-apppellant may pay the partial entry fee within 21 days. Should he fail to pay, the Clerk is directed to close this file without further order of the Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2006                                   

Clerk